UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-CV-81063-RLR

ELIZABETH BORISKIN,

    Plaintiff,

v.

ONE WORLD TELECOM LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

This cause is before the Court on the Plaintiff's Stipulation of Dismissal at docket entry 14.

In light of the fact that this case has been dismissed, it is

    **ORDERED AND ADJUDGED**:

    1.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

    2.    All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

    **DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 26th day of September, 2019.

                                                _____
                                                ROBIN L. ROSENBERG
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record